■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOMARLIN MONTILLA, Appellant. [828 NYS2d 226]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered February 25, 2005. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Peradotto, JJ.